■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD CLIFFORD, Appellant. [813 NYS2d 313]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Mullen, J.), rendered January 22, 2003, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Miller, J.P., Ritter, Luciano, Spolzino and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL COBB, Appellant. [813 NYS2d 312]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of retained appellate counsel, a decision and order of this Court dated November 20, 2003, dismissing an appeal from a judgment of the Supreme Court, Kings County, rendered January 5, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Ritter and Rivera, JJ., concur.